IN THE UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

SENTENCING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES-CRIMINAL** |
|---|---|---|
| Plaintiff, | ) | Case No: CR20-233(3) (JRT/DTS) |
| | ) | Date: December 21, 2023 |
| v. | ) | Court Reporter: Lori Simpson |
| | ) | Courthouse: Minneapolis |
| SIARRA IRIS DAWN GALLEGOS, | ) | Courtroom: 14E |
| | ) | Time Commenced: 2:11 p.m. |
| Defendant. | ) | Time Concluded: 2:38 p.m. |
| | ) | Time in Court: 27 Minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:    Andrew Dunne, Assistant U.S. Attorney
    For Defendant: Jordan Kushner ☐ FPD X CJA ☐ Retained ☐ Appointed

**X Sentencing.**

IT IS HEREBY ORDERED that:

Defendant is sentenced to: Time Served
Supervised Release Term: 3 years

**X** Special conditions of :
    **See J&C for special conditions**
**X** Defendant sentenced to pay:
    X Restitution in the amount of $15,000.00.
    **X** Special assessment in the amount of $100.00 to be paid.
X Defendant released on conditions as set.
X On Motion of the Gov't., counts 6, 7, 8, 10, 11 of indictment are dismissed as to this defendant only.

Sealed Matters: Documents sealed pursuant to LR 49.1(c)(2) will be unsealed when judgment is filed unless otherwise specified.

                                                        s/Heather Arent
                                                        Courtroom Deputy